COA # 08-11-00317-CR    OFFENSE: 19.02

STYLE: Johnny Green, Jr. v. The State of Texas    COUNTY: Tarrant

COA DISPOSITION: Affirm/Reform    TRIAL COURT: 372nd District Court

DATE: 11/22/13    Publish: NO    TC CASE #: 1199474D

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Johnny Green, Jr. v. The State of Texas

CCA #: _____

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 06/17/2015

JUDGE: _Per Curiam_

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____